**WANG, HARTMANN, GIBBS & CAULEY P.C.**
A Professional Law Corporation
Richard F. Cauley (SBN: 109194)
Jennifer L. Ishimoto (SBN: 211845)
1301 Dove Street, Suite 1050
Newport Beach, CA 92660
Telephone: (949) 833-8483
Facsimile: (949) 833-2281

Attorneys for Plaintiff, Dynascan Technology, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNASCAN TECHNOLOGY, INC., a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>MEDIA DIRECT 360, INC. a Texas corporation<br><br>Defendant. | CASE NO.: SACV 09-01019-CJC(RNBx)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE OF COMPLAINT PURSUANT TO FED. R. CIV. P. 41(A)(1)(a)(ii)<br><br>DEMAND FOR JURY TRIAL |

Upon consideration of the Plaintiff, Dynascan Technology, Inc.'s request for Dismissal and Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and pursuant to the terms of the parties settlement agreement entered into by the parties on April 9, 2010;

IT IS HEREBY ORDERED that the above captioned case is hereby Dismissed with Prejudice. Each party to bear its own costs and attorneys' fees.

Dated: April 14, 2010   _____
US DISTRICT COURT JUDGE